# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | |
|---|---|
| JAMES CAMERON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HEGAN, LT. ZAYBO, OFFICER STEVENSON, and OFFICER BEST,<br><br>　　　　Defendants. | CIVIL ACTION NO.: 5:25-cv-6 |

## ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to dismiss Plaintiff's Complaint based on Plaintiff's failure to follow this Court's directives and failure to prosecute. Dkt. No. 6. Plaintiff did not file Objections to the Report and Recommendation, and the time to do so has elapsed.

Upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **DISMISS** Plaintiff's Complaint, dkt. no. 1, **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENY** Plaintiff leave to appeal *in form pauperis*.

Plaintiff did file a Motion for Extension of Time. Dkt. No. 11. He seeks additional time to provide the Court with his requisite financial forms due to a staff shortage. Id. However, the problems with the Court granting Plaintiff's Motion are two-fold. First, his Motion is dated March 29, 2025, which is after the time to file any objections to the March 6, 2025 Report and Recommendation elapsed. Dkt. No. 6. Second, Plaintiff's compliance with the Magistrate Judge's Order granting Plaintiff leave to proceed *in forma pauperis* was February 23, 2025, dkt. no. 4, so his Motion for Extension is overdue by more than a months' time. And Plaintiff's compliance with the Court's January 21, 2025 Order regarding assignment to the Magistrate Judge was due February 4, 2025, and his compliance with the deficiency notice relating to the January 21, 2025 Order was February 18, 2025. Dkt. No. 5. Plaintiff has yet to submit the assignment form, as required. Thus, the Court **DENIES** Plaintiff's Motion. The Court notes that Plaintiff has another cause of action pending with this Court, Case Number 5:25-cv-28, and that cause of action is very similar to this cause of action.

**SO ORDERED**, this 20 day of January, 2026.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA